# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of ___Virginia___

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 20 2008

JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

United States of America )
v. )
Deborah Barr-Hairston )
) Case No: 4:04CR00008-002
) USM No: 10886-084
Date of Previous Judgment: October 10, 2005 )
(Use Date of Last Amended Judgment if Applicable) ) _____
) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
All of the counts of conviction in this case are Title 18 firearm offenses. The offense level was determined by guideline section 2K2.1. Amendment 706 did not affect section 2K2.1.

Except as provided above, all provisions of the judgment dated ___10/10/2005___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6-19-08

Effective Date: _____
(if different from order date)

_/s/ Jackson L. Kiser_
Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title